B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Old Village Inn, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express Business<br>Box 0001<br>Los Angeles, CA 90096-8000 | American Express Business<br>Box 0001<br>Los Angeles, CA 90096-8000 | credit card | | 4,741.47 |
| American Plumbing, Heating & Cooling<br>44626 Morley Drive<br>Clinton Township, MI 48036 | American Plumbing, Heating & Cooling<br>44626 Morley Drive<br>Clinton Township, MI 48036 | plumbing services | | 585.00 |
| American Society of Composers, Authors a<br>PO Box 331608-7515<br>Nashville, TN 37203-9998 | American Society of Composers, Authors a<br>PO Box 331608-7515<br>Nashville, TN 37203-9998 | services | | 4,167.22 |
| Birch Communications<br>320 Interstate North Parkway, SE<br>Atlanta, GA 30339 | Birch Communications<br>320 Interstate North Parkway, SE<br>Atlanta, GA 30339 | services | | 459.93 |
| BMI<br>PO Box 630893<br>Cincinnati, OH 45263-0893 | BMI<br>PO Box 630893<br>Cincinnati, OH 45263-0893 | services | | 1,259.05 |
| CYR Electric LLC<br>3279 Southf Milford Rd<br>Highland, MI 48357 | CYR Electric LLC<br>3279 Southf Milford Rd<br>Highland, MI 48357 | services | | 215.00 |
| Direct TV<br>P.O. Box 78626<br>Phoenix, AZ 85062-8626 | Direct TV<br>P.O. Box 78626<br>Phoenix, AZ 85062-8626 | cable services | | 270.98 |
| DTE Energy<br>One Energy Plaza<br>Detroit, MI 48226-1221 | DTE Energy<br>One Energy Plaza<br>Detroit, MI 48226-1221 | utilities | | 2,551.16 |
| Edible Wow<br>PO Box 2302<br>Mullett Lake, MI 49761 | Edible Wow<br>PO Box 302<br>Mullett Lake, MI 49761 | magazine subscription | | 200.00 |
| Keiper Mechanical, Inc.<br>31041 Schoolcraft Rd., Ste. A<br>Livonia, MI 48150 | Keiper Mechanical, Inc.<br>31041 Schoolcraft Rd., Ste. A<br>Livonia, MI 48150 | services | | 1,896.58 |
| Metzler, Locricchio & Serra<br>1800 W. Big Beaver, ste. 100<br>Troy, MI 48084 | Metzler, Locricchio & Serra<br>1800 W. Big Beaver, ste. 100<br>Troy, MI 48084 | Services | | 6,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Old Village Inn, Inc.**  
               Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Penning Group<br>39555 Orchard Hill Place, Ste. 600<br>Novi, MI 48375 | Penning Group<br>39555 Orchard Hill Place, Ste. 600<br>Novi, MI 48375 | accounting services | | 2,315.00 |
| Pucket, Clement & Schellenberg, PC<br>1111 W Long Lake Rd<br>Troy, MI 48098 | Pucket, Clement & Schellenberg, PC<br>1111 W Long Lake Rd<br>Troy, MI 48098 | services | | 4,540.00 |
| SESAC<br>55 Music Square East<br>Nashville, TN 37203-0055 | SESAC<br>55 Music Square East<br>Nashville, TN 37203-0055 | Services | | 1,992.58 |
| Sysco<br>41600 Van Born Rd<br>Canton, MI 48188-2746 | Sysco<br>41600 Van Born Rd<br>Canton, MI 48188-2746 | vendor | | 28,127.41 |
| Thyssen Krupp Elevator<br>35432 Industrial Rd,<br>Livonia, MI 48150 | Thyssen Krupp Elevator<br>35432 Industrial Rd,<br>Livonia, MI 48150 | services | | 2,678.92 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 27, 2015**         Signature  **/s/ Gregory P. Cowley**  
                                                                                      **Gregory P. Cowley**  
                                                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.