## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

| | |
|---|---|
| OLD VILLAGE INN, INC. | Bankruptcy Case No. 15-51186 |
| *d/b/a* John Cowley & Sons, | Honorable Phillip J. Shefferly |
| | Chapter 11 |
| Debtor. | |
| _____ / | |
| COWLEY EQUIPMENT, LLC, | Bankruptcy Case No. 15-51190 |
| | Honorable Phillip J. Shefferly |
| Debtor. | Chapter 11 |
| _____ / | |
| COWLEY INVESTMENTS, LLC, | Bankruptcy Case No. 15-51191 |
| | Honorable Phillip J. Shefferly |
| Debtor. | Chapter 11 |
| _____ / | |

### DEBTORS' MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF AFFILIATED CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF <u>BANKRUPTCY PROCEDURE</u>

NOW COME Old Village Inn, Inc. *d/b/a* John Cowley & Sons, Cowley Equipment, LLC., and Cowley Investments, LLC (collectively, the "Debtors"), as debtors and debtors in possession, by and through their counsel, Stevenson & Bullock, P.L.C., who, in support of their Motion for Entry of An Order Directing Joint Administration of Affiliated Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Motion for Joint Administration") do respectively represent as follows:

### JURISDICTION

1.  The court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2.  This matter is a core proceeding within the meaning of 28 U.S.C. 157(b)(2).

3.  Venue of this proceeding and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409(a).

## BACKGROUND

4. On July 27, 2015, Debtors filed voluntary petitions (the "Petition Date") in this Court for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). Debtors continue to manage and operate their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

5. No trustee or examiner has been appointed in Debtors' chapter 11 cases and no committees have been appointed or designated.

6. In 1972 the Cowley family acquired the Old Village Inn, Inc. and since that time, it has owned and operated the bar and restaurant. In 2002, the bar was renovated, creating a two (2) story Irish pub offering guests Irish hospitality, great food, and some of the area's best entertainment. Operating on the corner of Grand River Avenue and Farmington Road, in downtown Farmington, Michigan, John Cowley & Sons Irish Pub is an anchor in downtown Farmington and offers guests a unique experience with the blend of a traditional Irish fare made with an American twist.

7. Old Village Inn, Inc. *d/b/a* John Cowley & Sons is the operating entity that operates the bar and restaurant and leases its restaurant equipment from Cowley Equipment, LLC. Cowley Investments, LLC owns the real property commonly known as 33338 Grand River Avenue, Farmington, MI 48336 from which John Cowley & Sons Irish Pub operates.

## RELIEF REQUESTED

8. By this Motion, the Debtors seek entry of an order, substantially in the form attached as Exhibit 1, directing joint administration of the Chapter 11 Cases under the case number assigned to Old Village Inn, Inc. *d/b/a* John Cowley & Sons.

**BASIS FOR RELIEF**

9. Pursuant to Bankruptcy Rule 1015(b), "(i)f…two or more petitions are pending in the same court by or against…(4) a debtor and an affiliate, the court may order a joint administration of the estates."

10. No substantive rights of any party in interest will be affected by joint administration of the Debtors' Chapter 11 cases for procedural purposes only. See, *In re Ben Franklin Retail Stores, Inc.*, 214 B.R. 852, 857 (Bankr. N.D. Ill. 1997) ("Joint administration…does not alter the substantive rights of creditors. The estates remain separate, and a creditor with a claim in one case has no right to distribution from the estate in any other case"); *In re Parkway Calabasas Ltd.*, 89 B.R. 832, 836 (Bankr. C.D. Cal. 1988) ("The purpose of joint administration is to make case administration easier and less expensive than in separate cases, without affecting the substantive rights of creditors….").

**APPLICATION**

11. Many, if not all, of the motions, hearings and orders that are expected to arise in the Chapter 11 Cases will affect each Debtor. By jointly administering the Chapter 11 Cases, the Debtors will be able to reduce fees and costs resulting from the administration of these cases and ease the onerous administrative burden of having to file multiple and duplicative documents.

12. Jointly administering the Chapter 11 Cases, for procedural purposes only, will allow the Debtors to optimally and economically administer the pending chapter 11 cases. Further, the rights of the Debtors' respective creditors will not be adversely affected by the joint administration of the Chapter 11 Cases, because this Motion requests only joint administration, not substantive consolidation, of the estate. For example, any creditor must still file a claim

against a particular Debtor or its estate, or multiple Debtors and their respective estates. All of the Debtors' creditors will thus benefit from the reduced costs as a result of such joint administration. The Court also will be relieved of the burden of entering duplicative orders and maintaining duplicative files. Finally, approval of the Motion will simplify the United States Trustee's supervision of the administrative aspects of the Chapter 11 Cases.

13. Accordingly, joint administration of the Chapter 11 Cases is in the best interests of the Debtors, their creditors and equity security holders and all parties in interest.

**RELIEF REQUESTED**

15. Specifically, the Debtors request that the joint administration of these cases provide for: (a) maintenance by the Clerk of one docket for all pleadings, motions, and other documents filed in these cases; (b) notices in these cases to be given under one case number; (c) filing of all pleadings and papers under one case number; (d) utilization of a common caption for all pleadings, papers and notices filed in these cases; (e) scheduling of a combined § 341 proceeding; and (f) the appointment of a common committee or committees pursuant to 11 U.S.C. § 1102 in the lead case (rather than separate committees in each related case).

16. The Debtors also propose that all parties use the caption included hereto in the proposed order attached hereto as Exhibit 1 in order to avoid confusion and promote uniformity.

17. The Court will also be relieved of the burden of making duplicate orders and keeping duplicate files. Finally, supervision of the administrative aspects of the chapter 11 cases by the Office of the United States Trustee and any committee will be simplified.

18. If the relief requested herein is granted, the Debtors propose to provide notice of such order upon the parties listed on the official service list as required by this Court.

## NO PRIOR REQUEST

19. No previous motion for the relief sought herein has been made to this or any other court.

20. Pursuant to Local Rule 1015-1, Debtors state the following:
    a. Debtors are owned 100% by Gregory P. Cowley, Michael A. Cowley, and the Mary B. Cowley Irrevocable Trust;
    b. There are not believed to be any inter-Debtor claims other than as disclosed;
    c. There are guaranties or co-obligations among the Debtors with *inter alia*, Talmer Bank and Trust. Further, Talmer Bank and Trust may assert guaranties and/or co-obligations of debt against equity owners Gregory P. Cowley, Michael A. Cowley, and the Mary B. Cowley Irrevocable Trust.
    d. The Debtors are not publicly traded; and
    e. There are not believed to have been no inter-Debtor transfers within one (1) year before the Petition Date outside of the ordinary course of business.
    f. The three (3) Debtors operated out of one (1) operating account prior to the bankruptcy filing.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an Order, substantially in the form attached as Exhibit 1, directing joint administration of the chapter 11 cases under the case number assigned to Old Village Inn, Inc. *d/b/a* John Cowley & Sons and grant such further relief as is proper and just.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Charles D. Bullock
Charles D. Bullock (P55550)
Counsel for Debtors
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: cbullock@sbplclaw.com

Dated: July 27, 2015

**OLD VILLAGE INN, INC.**
*d/b/a* John Cowley & Sons

By: /s/ Gregory P. Cowley
Gregory P. Cowley
Responsible Person

Dated: July 27, 2015

**COWLEY INVESTMENTS, LLC**

By: /s/ Gregory P. Cowley
Gregory P. Cowley
Responsible Person

Dated: July 27, 2015

**COWLEY EQUIPMENT, LLC**

By: /s/ Gregory P. Cowley
Gregory P. Cowley
Responsible Person

Dated: July 27, 2015

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
OLD VILLAGE INN, INC.　　　　　　　　　　　　Bankruptcy Case No. 15-51186
*d/b/a* John Cowley & Sons,　　　　　　　　　　Honorable Phillip J. Shefferly
　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　Debtor.
_____/

COWLEY EQUIPMENT, LLC,　　　　　　　　　　Bankruptcy Case No. 15-51190
　　　　　　　　　　　　　　　　　　　　　　　Honorable Phillip J. Shefferly
　　　Debtor.　　　　　　　　　　　　　　　　　Chapter 11
_____/

COWLEY INVESTMENTS, LLC,　　　　　　　　　Bankruptcy Case No. 15-51191
　　　　　　　　　　　　　　　　　　　　　　　Honorable Phillip J. Shefferly
　　　Debtor.　　　　　　　　　　　　　　　　　Chapter 11
_____/

## ORDER DIRECTING THE JOINT ADMINISTRATION OF THE CHAPTER 11 CASES

Upon the Motion of the Debtor's for an Order Directing the Joint Administration of the Debtor's Chapter 11 Cases (the "Motion"); due and sufficient notice of the Motion having been given; the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; the Court determining that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the court finding that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefore,

　　　IT IS HEREBY ORDERED:

　　　1.　　The Motion is GRANTED.

　　　2.　　The Debtors' respective captioned and numbered cases are consolidated, for procedural purposes only, and shall be jointly administered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of the Bankruptcy court for the Eastern District of Michigan.

3. The caption of the jointly administered cases is to read as follows:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**
OLD VILLAGE INN, INC., *et al.*,[1]

Bankruptcy Case No. 15-51186
Honorable Phillip J. Shefferly
Chapter 11

Debtors.
_____/

4. That a docket entry shall be made in each of the above-captioned cases (other than Old Village Inn, Inc. *d/b/a* John Cowley & Sons') substantially as follows:

　　a. An order has been entered in this case directing the joint administration of the chapter 11 cases of Old Village Inn, Inc. *d/b/a* John Cowley & Sons, Cowley Equipment, LLC, and Cowley Investments, LLC. The docket in Case No. 15-51186 should be consulted for all matters affecting this case.

　　b. A proof of claim against any of the Debtors or their respective estates must be filed in the particular bankruptcy case of the Debtor against whom such claim is asserted, and not in the jointly administered case.

5. A copy of this Order shall be served by Debtors on all of the creditors in each of the proposed jointly administered creditors pursuant to Local Rule 1015(d).

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[1] The Debtors in these jointly administered cases include Old Village Inn, Inc. *d/b/a* John Cowley & Sons (Bankr. Case No. 15-51186), Cowley Equipment, LLC (Bankr. Case No. 15-51190) and Cowley Investments, LLC (Bankr. Case No. 15-51191).

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**
OLD VILLAGE INN, INC.  Bankruptcy Case No. 15-51186
*d/b/a* John Cowley & Sons,  Honorable Phillip J. Shefferly
  Chapter 11
  Debtor.
_____/

COWLEY EQUIPMENT, LLC,  Bankruptcy Case No. 15-51190
  Honorable Phillip J. Shefferly
  Debtor.  Chapter 11
_____/

COWLEY INVESTMENTS, LLC,  Bankruptcy Case No. 15-51191
  Honorable Phillip J. Shefferly
  Debtor.  Chapter 11
_____/

**NOTICE OF DEBTOR'S MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF AFFILIATED CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The Debtors, by and through their attorneys Stevenson & Bullock, P.L.C., have filed a motion with the Court for an order directing joint administration of affiliated cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

**Your rights may be affected. You may wish to review the Motion and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you wish to object to the Court granting the relief sought in the Motion, or if you want the Court to otherwise consider your views on the Motion, within fourteen (14) days of service of the Motion, **or such shorter time as the Court may hereafter order**, you or your attorney must:

1. File with the Court a written response or an answer[2], explaining your position at:

United States Bankruptcy Court
211 West Fort Street
Detroit, Michigan 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.
  You must also mail a copy to:
Stevenson & Bullock, P.L.C.
Attn.: Charles D. Bullock
26100 American Drive, Suite 500

---

[2] Response or answer must comply with FED.R.CIV.P. 8(b), (c), and (e).

Southfield, Michigan 48034

-and-

Office of the United States Trustee
211 West Fort Street, Suite 700
Detroit, Michigan 48226

     If a response or answer is timely filed and served, the clerk may schedule a hearing on the Motion and you will be served with a notice of the date, time, and location of the hearing.
     If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief sought therein.

          Respectfully submitted,
          **STEVENSON & BULLOCK, P.L.C.**

          By: /s/ Charles D. Bullock
          Charles D. Bullock (P55550)
          Counsel for Debtors
          26100 American Drive, Suite 500
          Southfield, MI 48034
          Phone: (248) 354-7906
          Facsimile: (248) 354-7907
          Email: cbullock@sbplclaw.com

Dated: July 27, 2015

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:** | |
| OLD VILLAGE INN, INC. | Bankruptcy Case No. 15-51186 |
| *d/b/a* John Cowley & Sons, | Honorable Phillip J. Shefferly |
| | Chapter 11 |
| Debtor. / | |
| COWLEY EQUIPMENT, LLC, | Bankruptcy Case No. 15-51190 |
| | Honorable Phillip J. Shefferly |
| Debtor. / | Chapter 11 |
| COWLEY INVESTMENTS, LLC, | Bankruptcy Case No. 15-51191 |
| | Honorable Phillip J. Shefferly |
| Debtor. / | Chapter 11 |

## CERTIFICATE OF SERVICE

Charles D. Bullock certifies that on the 27th day of July, 2015 that a copy of the **Debtors' Motion for an Order Directing Joint Administration of Affiliated Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, Notice of Debtors' Motion for an Order Directing Joint Administration of Affiliated Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, Proposed Order** and this **Certificate of Service** was served upon all parties listed below, electronically and/or by depositing same in a United States Postal Box located in Southfield, Michigan, with postage fully prepaid thereon.

| OFFICE OF THE U.S. TRUSTEE | Old Village Inn, Inc.<br>33338 Grand River<br>Farmington, MI 48336 |
|---|---|
| Cowley Equipment, LLC<br>33338 Grand River<br>Farmington, MI 48336 | Cowley Investments, LLC<br>33338 Grand River<br>Farmington, MI 48336 |

In addition, a copy of the **Debtors' Motion for an Order Directing Joint Administration of Affiliated Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure** to each and every party listed on the Debtors' matrices obtained from PACER on the 27th day of July, 2015 which are attached hereto.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Charles D. Bullock
Charles D. Bullock (P55550)
Counsel for Debtors
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: cbullock@sbplclaw.com

Dated: July 27, 2015

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 15-51186-pjs<br>Eastern District of Michigan<br>Detroit<br>Mon Jul 27 15:14:02 EDT 2015 | ASCAP<br>2690 Cumberland Parkway, Suite 490<br>Atlanta, GA 30339-3913 | Accident Fund<br>P.O. Box 77000<br>Dept. 77125<br>Detroit, MI 48277-0125 |
| American Express Business<br>Box 0001<br>Los Angeles, CA 90096-8000 | American Plumbing, Heating & Cooling<br>44626 Morley Drive<br>Clinton Township, MI 48036-1358 | American Society of Composers, Authors a<br>PO Box 331608-7515<br>Nashville, TN 37203-9998 |
| BMI<br>PO Box 630893<br>Cincinnati, OH 45263-0893 | Birch Communications<br>320 Interstate North Parkway, SE<br>Atlanta, GA 30339-2213 | Charles D. Bullock<br>Stevenson & Bullock, P.L.C.<br>26100 American Drive<br>Suite 500<br>Southfield, MI 48034-6184 |
| CYR Electric LLC<br>3279 Southf Milford Rd<br>Highland, MI 48357 | City of Farmington Treasurer<br>23600 Liberty Street<br>Farmington, MI 48335-3572 | City of Farmington Water Department<br>23600 Liberty Street<br>Farmington, MI 48335-3575 |
| Cowley Equipment, LLC<br>c/o Greg Cowley, resident agent<br>33338 Grand River<br>Farmington, MI 48336-3124 | Cowley Equipment, LLC<br>c/o Gregory P. Cowley<br>33338 Grand River<br>Farmington, MI 48336-3124 | Cowley Investments, LLC<br>c/o Greg Cowley, resident agent<br>33338 Grand River<br>Farmington, MI 48336-3124 |
| DTE Energy<br>One Energy Plaza<br>Detroit, MI 48226-1221 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Eco Lab<br>28550 Cabot Dr., #100<br>Novi, MI 48377-2988 |
| Edible Wow<br>PO Box 2302<br>Mullett Lake, MI 49761 | Edible Wow<br>PO Box 257<br>Birmingham, MI 48012-0257 | Greg Cowley<br>23818 Wilmarth<br>Farmington, MI 48335-3475 |
| John A. Cowley Living Trust<br>23818 Wilmarth<br>Farmington, MI 48335-3475 | Keiper Mechanical, Inc.<br>31041 Schoolcraft Rd., Ste. A<br>Livonia, MI 48150-2026 | Mary B. Cowley Living Trust<br>35905 Smithfield<br>Farmington, MI 48335-3150 |
| Maureen Cowley<br>23818 Wilmarth<br>Farmington, MI 48335-3475 | Metzler, Locricchio & Serra<br>1800 W. Big Beaver, ste. 100<br>Troy, MI 48084-3519 | Michael Cowley<br>24270 Farmington Rd<br>Farmington, MI 48336-1708 |
| Michigan Department of Treasury<br>Collections/Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909-7668 | Old Village Inn, Inc.<br>33338 Grand River<br>Farmington, MI 48336-3124 | Penning Group<br>39555 Orchard Hill Place, Ste. 600<br>Novi, MI 48375-5381 |

| | | |
|---|---|---|
| Pucket, Clement & Schellenberg, PC<br>1111 W Long Lake Rd<br>Troy, MI 48098-6333 | Rewards Network<br>2 North Riverside Plaza, Ste. 200<br>Chicago, IL 60606-2677 | SESAC<br>55 Music Square East<br>Nashville, TN 37203-4362 |
| State of Michigan<br>Department of Attorney General<br>Cadillac Place<br>3030 West Grand Boulevard<br>Detroit, MI 48202-6030 | State of Michigan<br>Department of Treasury<br>Collections Division<br>Treasury Building<br>Lansing, MI 48922-0001 | State of Michigan<br>Department of Treasury<br>P.O. Box 77437<br>Detroit, MI 48277-0437 |
| State of Michigan<br>Withholding tax<br>P.O. Box 77003<br>Detroit, MI 48277-0003 | Sysco<br>41600 Van Born Rd<br>Canton, MI 48188-2746 | Talmer Bank & Trust<br>2301 West Big Beaver Rd., Ste. 525<br>Troy, MI 48084-3320 |
| Thyssen Krupp Elevator<br>35432 Industrial Rd,<br>Livonia, MI 48150-1223 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV
P.O. Box 78626
Phoenix, AZ 85062-8626

End of Label Matrix
Mailable recipients    39
Bypassed recipients     0
Total                  39

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 15-51190-tjt<br>Eastern District of Michigan<br>Detroit<br>Mon Jul 27 15:19:03 EDT 2015 | Charles D. Bullock<br>Stevenson & Bullock, P.L.C.<br>26100 American Drive<br>Suite 500<br>Southfield, MI 48034-6184 | Cowley Equipment, LLC<br>33338 Grand River<br>Farmington, MI 48336-3124 |
| Cowley Investments, LLC<br>c/o Greg Cowley<br>33338 Grand River<br>Farmington, MI 48336-3124 | Greg Cowley<br>23818 Wilmarth St.<br>Farmington, MI 48335-3475 | John A. Cowley Living Trust<br>23818 Wilmarth St.<br>Farmington, MI 48335-3475 |
| Mary B. Cowley Living Trust<br>35905 Smithfield<br>Farmington, MI 48335-3150 | Maureen Cowley<br>23818 Wilmarth St.<br>Farmington, MI 48335-3475 | Michael A. Cowley<br>24270 Farmington<br>Farmington, MI 48336-1708 |
| Old Village Inn, Inc.<br>c/o Greg Cowley<br>33338 Grand River<br>Farmington, MI 48336-3124 | Penguin Distribution LLC<br>10659 Galaxie Avenue<br>Ferndale, MI 48220-2172 | Pucket, Clement & Schellenberg, PC<br>1111 W Long Lake Rd<br>Troy, MI 48098-6333 |
| Talmer Bank & Trust<br>2301 West Big Beaver Rd., Ste. 525<br>Troy, MI 48084-3320 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                  12 | |

| Label Matrix for local noticing<br>0645-2<br>Case 15-51191-pjs<br>Eastern District of Michigan<br>Detroit<br>Mon Jul 27 15:19:34 EDT 2015 | Charles D. Bullock<br>Stevenson & Bullock, P.L.C.<br>26100 American Drive<br>Suite 500<br>Southfield, MI 48034-6184 | City of Farmington Treasurer<br>23600 Liberty Street<br>Farmington, MI 48335-3572 |
|---|---|---|
| Cowley Equipment, LLC<br>c/o Greg Cowley, resident agent<br>33338 Grand River<br>Farmington, MI 48336-3124 | Cowley Investments, LLC<br>33338 Grand River<br>Farmington, MI 48336-3124 | Greg Cowley<br>23818 Wilmarth<br>Farmington, MI 48335-3475 |
| John A. Cowley Living Trust<br>23818 Wilmarth<br>Farmington, MI 48335-3475 | Mary B. Cowley Living Trust<br>35905 Smithfield<br>Farmington, MI 48335-3150 | Maureen Cowley<br>23818 Wilmarth<br>Farmington, MI 48335-3475 |
| Michael Cowley<br>24270 Farmington Rd<br>Farmington, MI 48336-1708 | Oakland County Treasurer<br>1200 N. Telegraph<br>Pontiac, MI 48341-0479 | Old Village, Inc.<br>c/o Greg Cowley, resident agent<br>33338 Grand River<br>Farmington, MI 48336-3124 |
| Pucket, Clement & Schellenberg, PC<br>1111 W Long Lake Rd<br>Troy, MI 48098-6333 | Talmer Bank & Trust<br>2301 West Big Beaver Rd., Ste. 525<br>Troy, MI 48084-3320 | Talmer Bank & Trust<br>PO Box 2568<br>Coppell, TX 75019-8568 |

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14